# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00559-CV

### Clayton Nielson, Jason Nelson, and
### Nationwide Spas, Inc. d/b/a Paradise Spas and Outdoor Living, Appellants

### v.

### Marian Upchurch, Appellee

---

### FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 18-1266-C, THE HONORABLE CHRIS JOHNSON, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a "joint notice of settlement," which the Court is considering as a joint motion to dismiss this appeal. We grant the joint motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Joint Motion

Filed: April 14, 2020